**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

FRIENDS OF EAST FORK,

                Plaintiff,

v.

J. L. STOREDAHL & SONS, INC.,

                Defendant.

Case No. C02-5035 JKA

**ORDER DENYING DEFENDANT STOREDAHL'S MOTION TO RECONSIDER**

This matter comes before the court on Defendant Storedahl's Motion to Reconsider the court's order granting plaintiff's motion to enforce consent decree. Upon receipt of the motion the court invited a response from the defendant pursuant to Local Rule 7(h)(3)..

The court has reviewed the motion, the response, and the files and records herein. Motions for reconsideration are generally disfavored, and are generally denied in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence. None of the foregoing factors supporting reconsideration are present in this instance.

Defendant Storedahl's Motion for Reconsideration is hereby denied

February 19, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1