Mark W. Schneider, WSBA #14105
Eric S. Merrifield, WSBA #32949
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
206.359.8000

Attorneys for Defendant
J.L. Storedahl & Sons, Inc.

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| FRIENDS OF EAST FORK,<br><br>                Plaintiff,<br><br>   v.<br><br>J.L. STOREDAHL & SONS, INC.,<br><br>                Defendant. | No. C02-5035 JKA<br><br>ORDER GRANTING MOTION TO ENLARGE TIME TO FILE MEMORANDUM |

     Defendant Storedahl's unopposed Motion to Enlarge the Time to File its Memorandum came before this Court on February 26, 2008. No hearing was held on this application. Good cause appearing, Defendant Storedahl's motion for a one-day extension is hereby GRANTED.

SO ORDERED this 9th day of March, 2008

Nunc Pro Tunc February 26, 2008

                                                           */s/ J. Kelley Arnold*
                                                           J. Kelley Arnold, U.S. Magistrate Judge

Presented by:

**Perkins Coie LLP**

s/Eric S. Merrifield
State Bar Number 32949
Mark W. Schneider
State Bar Number 14105
Attorneys for Defendant J.L. Storedahl & Sons, Inc.
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Telephone:  (206) 359-8000
Fax:  (206) 359-9000
Email:  EMerrifield@perkinscoie.com
            MSchneider@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED at Seattle, Washington, this 26th day of February, 2008.

**PERKINS COIE LLP**

s/ Eric Merrifield, WSBA No. 32949
EMerrifield@perkinscoie.com
Mark W. Schneider, WSBA #14105
MWSchneider@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
J.L. Storedahl & Sons, Inc.